No. 94–5635. CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5638. BENEBY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5639. SCHNEIDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5640. DEL HIERRO-VARGAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5643. LIVSEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5645. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5646. MERCIER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5648. RAMOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5649. MADRIGAL-MACEDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5653. WALLACE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5654. VELA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5658. WILSON *v.* HAMES, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 94–5663. AVERY *v.* ROBERTSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5666. GARZA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5669. BAUER *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5670. HAYNES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.